## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | |
| JOHN HENRY BELL | CHAPTER 13 |
| DEBRA ANN BELL | CASE NUMBER: 10-32550 |
|     Debtors | |
| _____, | JUDGE: Daniel S. Opperman |
| John Henry Bell | |
| Debra Ann Bell | |
|     Plaintiffs | |
| | |
| v. | Adversary Case No.: 10-03442 |
| Citimortgage, Inc. | |
|     Defendants | |
| _____ | |

R. Reid Krinock (P36162)
403 E. Grand River, Ste. D
Brighton, MI 48116
Telephone: 810-229-5955
Fax: 810-229-5993
Email: rkrinock@sbcglobal.net


Carl Bekofske
Chapter 13 Standing Trustee
400 N. Saginaw St., Ste. 331
Flint, MI 48502
810-238-4675
ECF@flint13.com

## CERTIFICATE OF SERVICE

     R. REID KRINOCK, being first duly sworn, deposes and says that on September 17, 2010, he served, by enclosing same in properly addressed envelopes and mailing them certified mail, copies of Complaint to Avoid Lien and Summons in the above entitled cause to:

Sanjiv Das, VP
CitiMortgage, Inc.
1000 Technology Dr.
O'Fallon, MO 63368

And

The Corporation Company
30600 Telegraph Road
Bingham Farms, MI 48025

I declare that the statements above are true to the best of my information, knowledge and belief.

Respectfully submitted,

/s/ R. Reid Krinock (P36162)
R. REID KRINOCK
403 E. Grand River, Ste. D
Brighton, MI 48116
Telephone: 810-229-5955
Fax: 810-229-5993
Email: rkrinock@sbcglobal.net

Dated:9-17-10

Bell cert service 9-17-10